**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN (SBN: 277557)**
 mtrauben@singhtraubenlaw.com
**THOMAS K. RICHARDS (SBN: 310209)**
 trichards@singhtraubenlaw.com
400 S. Beverly Drive, Suite 240
Beverly Hills, California 90212
Tel: 310.856.9705 | Fax: 888.734.3555

*Attorneys for Defendant/Applicant*
TOD'S S.P.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIBE OF TWO, LLC, | ) Case No.: 2:21-mc-24 |
| | ) |
| Plaintiff/Opposer, | ) **TOD'S S.P.A.'S APPLICATION FOR** |
| | ) **THE ISSUANCE OF A SUBPOENA BY** |
| v. | ) **THE CLERK OF COURT** |
| | ) |
| TOD'S S.P.A., | ) **[PROPOSED] ORDER FILED** |
| | ) **CONCURRENTLY HEREWITH** |
| Defendant/Applicant. | ) |
| | ) |
| | ) |

Tod's S.p.A., Applicant in U.S. Trademark Trial and Appeal Board Opposition Proceeding No. 91245265, by and through undersigned counsel and pursuant to 35 U.S.C. § 24, hereby respectfully moves this Court for entry of an order directing the Clerk of Court for the United States District Court for the Central District of California to issue a subpoena for the production of documents to non-party witness Michelle Madison-Benoit, 852 10th St. #2, Santa Monica, California 90403, in the form attached hereto as **Exhibit "A"**.

**WHEREFORE**, Tod's S.p.A. hereby respectfully requests the Court **GRANT** the instant Application.

SINGH,
SINGH &
TRAUBEN,
LLP

A [proposed] order is attached for the Court's convenience.

**DATED**: January 25, 2021                    Respectfully submitted,

**SINGH, SINGH & TRAUBEN, LLP**
**MICHAEL A. TRAUBEN**

By: _____
        Michael A. Trauben

***Attorneys for Defendant/Applicant***
TOD'S S.P.A